WILLIAM D. BAKER, Respondent, *v.* D. APPLETON & COMPANY, Appellant.

*Baker* v. *Appleton & Co.,* 107 App. Div. 358, affirmed.
(Argued January 14, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for breach of contract of employment.

*William V. Rowe* and *William F. Corliss* for appellant.

*Jabish Holmes* and *Ephraim Williams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.